## HENRY SPENCER VS. BENONY GARDNER, 1727/8

At the same Court   The Libell being read and allowed Othniele Trip being Sworn testifyed that he saw Cap^t Gardner Strike Henry Spencer with the End of the Fore Brace and that the Cause of his Striking was concerning S^d Spencers going a Shore and that S^d Spencer did not go on Shore then and that S^d Spencer was put into the fort that the Soulders told this Dep^t twas for quarrelling w^th his Cap^t Tho Nucum being Sworn s^d he Saw Cap^t Gardner Strike Henry Spencer because he had a mind to go on Shore and that he did not go and that the men of S^d Vessell told him that Cap^t Gardner on headed and poured out the Shalotes mentioned in the Libell and that they were for the Vessells use and that the Dep^t Eat Some of them

Hon Cap^t Bull Att^r pro the App^lts opened the Case then Cap^t Jn^o Cahoon being Sworn M^r Updike Att^r pro the Respd^t made his plea Jn^o Sollman being Sworn testifyed that the Said Cap^t Gardner go into the Stearage and turn out the Sholotes upon the Stearage floor mentioned in the Libell when the Cooper was a Shore and Sent the Barr^l a Shore and that the Shalotes were

upon the Floor four or five Days and trod upon and when the Cooper Came on board they told him the Cap$^t$ turned out his Shalotes upon the floor and he s$^d$ he would not take possession of them again And when he and the Cooper went a Shore he Saw the Cap$^t$ go toward the fort and there came a fellow to the Cooperage and S$^d$ Cap$^t$ Gardner was gone to the fort to Cause S$^d$ Spencer to be Carr$^d$ to the fort and not long after he Saw a file of Muscateers come and take S$^d$ Spencer and Carry him away and he further Saith that the Cooper was out of the Vessell from Nine a Clock in the Morning to About one or two in the afternoon the Same Day that the Differance was between the Cap$^t$ and the Cooper   Court adjourn'd to monday next being the [8th] of this In$^t$ at ten Clock A M. Richard Sleaths being Sworn testifyeth that he Saw Cap$^t$ Gardner Turn the Shalotes mentioned in the Libell out of one Bar$^l$ into another on Board the Brig Eagle in Surranam and that this Depon$^t$ emptied the S$^d$ Shalotes upon the Stearage Floor out of the Second Barrell upon the floor he wanting it for the Grindstone and that there was a Barr$^{ll}$ full of Shalotes when we Sail'd from Rhode Island but in the Passage about one third were decayed Sworn Jan$^r$ 5th 1727 before
Jan$^r$ 8th 1727 Court being met according to Adj$^{mt}$ Decree was past Spencer ag$^{st}$ Cap$^t$ Gardner